*William J. Thurman* (signature)



_____
Honorable William T. Thurman
United States Bankruptcy Judge

**Entered on Docket**
**October 25, 2012**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | BK-S-09-31603-MKN |
| ) | Chapter 7 |
| WILLIAM A. GAYLER, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| JOHN D. O'BRIEN, AS THE TRUSTEE OF ) | Adv. Proceeding No.: 11-01027-MKN |
| THE JOHN D. O'BRIEN PROFIT SHARING ) | |
| PLAN, DONALD CAMPBELL, COLBY ) | |
| WILLIAMS, MARIO P. BORINI, ) | |
| INDIVIDUALLY AND AS CHAIRMAN OF ) | |
| THE BOARD OF TRUSTEES OF THE ) | |
| ALEXANDER DAWSON FOUNDATION, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| WILLIAM A. GAYLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER REGARDING DEFENDANT'S STATEMENT OF OBJECTION AND**

**ALTERNATE PROPOSAL FOR JUDGMENT**

On October 18, 2012, Debtor-Defendant William A. Gayler ("Defendant") filed a

Statement of Objection and Alternate Proposal for Judgment, which has a proposed form of

1

Judgment regarding the above-captioned adversary proceeding attached as Exhibit "B". (Dkt# 149)

Plaintiffs John D. O'Brien, as the Trustee of the John D. O'Brien Profit Sharing Plan, Donald Campbell, and Colby Williams ("Plaintiffs") do not appear to have approved of Defendant's proposed form of Judgment, nor have they submitted their own proposed form of Judgment for the Court's review to date.

This Court having considered Defendant's Statement of Objection and Alternate Proposal for Judgment, Docket No. 149, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs shall file notice of their acceptance or rejection of Defendant's proposed form of Judgment within ten (10) days from the date of the entry of this Order.

**IT IS FURTHER ORDERED** that if Plaintiffs do not accept Defendant's proposed form of Judgment, Plaintiffs and Defendant may submit a joint proposed form of Judgment within ten (10) days after the time has elapsed for Plaintiffs to accept or reject Defendant's proposed form of Judgment.

**IT IS FURTHER ORDERED** that if Plaintiffs and Defendant do not submit a joint proposed form of Judgment, both parties shall submit WordPerfect versions of their proposed form of Judgment to the Court within five (5) days after the time has elapsed for the parties to submit a joint proposed form of Judgment, and the Court shall issue a Judgment.

**IT IS SO ORDERED.**

Copies noticed through ECF to:

DAVID A. COLVIN dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com; tszostek@maclaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com

1       LIANE K. WAKAYAMA jwatt@maclaw.com, lwakayama@maclaw.com

and sent to BNC to:

    WILLIAM GAYLER
    9960 WEST CHEYENNE AVENUE, SUITE 160
    LAS VEGAS, NV 89129

    DIAMANTE ROSE, LLC
    2431 TECH CENTER CT.
    SUITE 100
    LAS VEGAS, NV 89128

    FIRST AMERICAN TITLE INSURANCE COMPANY
    3960 HOWARD HUGHES PKWY
    SUITE 380
    LAS VEGAS, NV 89129

    LEWIS CELLARS, LLC
    2431 TECH CENTER CT.
    SUITE 100
    LAS VEGAS, NV 89128

    NEVADA TITLE COMPANY
    2500 NORTH BUFFALO DRIVE SUITE 150
    LAS VEGAS, NV 89128

                                      ###