*William J. Thurman*
_____
Honorable William T. Thurman
United States Bankruptcy Judge



**Entered on Docket**
**November 28, 2012**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | BK-S-09-31603-MKN |
| ) | Chapter 7 |
| WILLIAM A. GAYLER, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| JOHN D. O'BRIEN, AS THE TRUSTEE OF ) | Adv. Proceeding No.: 11-01027-MKN |
| THE JOHN D. O'BRIEN PROFIT SHARING ) | |
| PLAN, DONALD CAMPBELL, COLBY ) | |
| WILLIAMS, MARIO P. BORINI, ) | |
| INDIVIDUALLY AND AS CHAIRMAN OF ) | |
| THE BOARD OF TRUSTEES OF THE ) | |
| ALEXANDER DAWSON FOUNDATION, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| WILLIAM A. GAYLER, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

On August 20, 21 and 22, 2012, the Court conducted a Trial on John D. O'Brien, as Trustee of the John D. O'Brien Profit Sharing Plan, Donald Campbell, Colby Williams, and Mario P. Borini's nondischargeability action against Debtor-Defendant William A. Gayler

1

("Gayler").

On October 10, 2012, the Court pronounced its oral Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52, which is incorporated by Fed. R. Bankr. P. 7052. The Court now incorporates those Findings and Conclusions, in pronouncement of this Judgment, made pursuant to Fed. R. Civ. P. 54, which is incorporated by Fed. R. Bankr. P. 7054.

Accordingly, it is **ORDERED**:

1. Mario P. Borini's claim, as an individual, against Gayler is **DISALLOWED**.
2. John D. O'Brien, as Trustee of the John D. O'Brien Profit Sharing Plan, Donald Campbell, and Colby Williams' ("Prevailing Plaintiffs") claims against Gayler are **ALLOWED**.
3. The Prevailing Plaintiffs are awarded judgment against William A. Gayler in the amount of $500,000, with damages attributable as follows:
   a. John D. O'Brien, as Trustee of the John D. O'Brien Profit Sharing Plan: $250,000.00
   b. Donald Campbell: $125,000.00
   c. Colby Williams: $125,000.00
4. The Prevailing Plaintiffs are awarded post-judgment interest at the legal rate from the date of this Judgment.
5. The Prevailing Plaintiffs' Judgment against William A. Gayler is nondischargeable under 11 U.S.C. § 523(a)(2)(A).

**IT IS SO ORDERED.**


Copies noticed through ECF to:

DAVID A. COLVIN dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com; tszostek@maclaw.com

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com

1  LIANE K. WAKAYAMA jwatt@maclaw.com, lwakayama@maclaw.com

2
and sent to BNC to:
3
WILLIAM GAYLER
4  9960 WEST CHEYENNE AVENUE, SUITE 160
LAS VEGAS, NV 89129
5
DIAMANTE ROSE, LLC
6  2431 TECH CENTER CT.
SUITE 100
7  LAS VEGAS, NV 89128

8  FIRST AMERICAN TITLE INSURANCE COMPANY
3960 HOWARD HUGHES PKWY
9  SUITE 380
LAS VEGAS, NV 89129
10
LEWIS CELLARS, LLC
11  2431 TECH CENTER CT.
SUITE 100
12  LAS VEGAS, NV 89128

13  NEVADA TITLE COMPANY
2500 NORTH BUFFALO DRIVE SUITE 150
14  LAS VEGAS, NV 89128

15
###
16

17

18

19

20

21

22

23

24

25

26