*William J. Thurman*
_____
Honorable William T. Thurman
United States Bankruptcy Judge



**Entered on Docket**
**January 11, 2013**

_____

**Marquis Aurbach Coffing**
DALE A. HAYES, ESQ.
Nevada Bar No. 3430
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
dhayes@maclaw.com
lwakayama@maclaw.com
Telephone:(702) 382-0711
Attorney(s) for Plaintiffs

E-Filed: 1/9/2013

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>WILLIAM GAYLER,<br><br>          Debtor. | Case No:     BK-S-09-31603-MKN<br>Chapter:      7<br><br>Adversary Proceeding No. 11-01027-MKN |
| JOHN D. O'BRIEN, AS TRUSTEE OF THE JOHN D. O'BRIEN PROFIT SHARING PLAN, DONALD CAMPBELL, COLBY WILLIAMS, MARIO P. BORINI, INDIVIDUALLY AND AS CHAIRMAN OF THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON FOUNDATION.<br><br>          Plaintiffs,<br>v.<br>WILLIAM GAYLER<br><br>          Defendant. | **STIPULATION AND ORDER**<br><br>Old Hearing Date: January 16, 2013<br>Old Hearing Time: 9:30 A.M.<br><br>New Hearing Date: February 6, 2013<br>New Hearing Time: 9:00 A.M. |

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

## STIPULATION AND ORDER

Plaintiffs, by and through the law firm of Marquis Aurbach Coffing, and Defendant William Gayler ("Gayler"), by and through the law firm of Sylvester & Polednak, Ltd., hereby stipulate and agree as follows:

1. Plaintiffs' Reply in Support of Motion for Attorney Fees and Costs (Dkt. #161), originally due on January 9, 2013, shall now be due on January 16, 2013; and

2. The hearing currently scheduled for Motion for Attorney Fees and Costs for Wednesday, January 16, 2013 be continued to Wednesday, ~~January 23, 2013, or as soon thereafter as can be heard by the Court.~~ on February 6, 2013 at 9:00 A.M. *WTT*

Dated 9 of January, 2013.                                   Dated 9 of January, 2013.

**MARQUIS AURBACH COFFING**                    **SYLVESTER & POLEDNAK**

By /s/ Liane K. Wakayama                         By /s/ Matthew Kneeland
Dale A. Hayes, Esq.                              Jeffrey Sylvester, Esq.
Nevada Bar No. 3430                              Nevada Bar No. 4396
Liane K. Wakayama, Esq.                          Matthew Kneeland, Esq.
Nevada Bar No. 11313                             Nevada Bar No. 11829
10001 Park Run Drive                             1731 Village Center Cir.
Las Vegas, Nevada 89145                          Las Vegas, Nevada 89134
Attorney(s) for Plaintiffs                       Attorney for William Gayler