**Marquis Aurbach Coffing**
DALE A. HAYES, ESQ.
Nevada Bar No. 3430
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
dhayes@maclaw.com
lwakayama@maclaw.com
Telephone:(702) 382-0711
Facsimile: (702) 382-5816
Attorney(s) for Plaintiffs

E-Filed: March 11, 2014

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WILLIAM GAYLER,<br><br>    Debtor. | Case No:    BK-S-09-31603-MKN<br>Chapter:    7<br><br>Adversary Proceeding No. 11-1027-MKN |
| JOHN D. O'BRIEN, AS TRUSTEE OF THE JOHN D. O'BRIEN PROFIT SHARING PLAN, DONALD CAMPBELL, COLBY WILLIAMS, MARIO P. BORINI, INDIVIDUALLY AND AS CHAIRMAN OF THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON FOUNDATION.<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM GAYLER<br><br>    Defendant. | |

### NOTICE OF SUBPOENA PURSUANT TO RULE 9016

PLEASE TAKE NOTICE that a Subpoena in an Adversary Proceeding ("Subpoena") pursuant to Bankruptcy Local Rule 9016 was issued to Nevada Title Company, a copy of the

/ / /

/ / /

Page 1 of 4

M&A:12161-001 2181447_1 3/11/2014 8:24 AM

Subpoena with the Affidavit of Service attached hereto as Exhibit A.

Dated this 11th day of March, 2014.

          MARQUIS AURBACH COFFING

By _____
DALE A. HAYES, ESQ.
Nevada Bar No. 3430
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

1.  On this 11th day of March, 2014, I served the following document(s) (specify):

Notice of Subpoena Pursuant to Rule 9016

2.  I served the above-named document(s) by the following means to the persons as listed below (*check all that apply*):

☒   a.   **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

DAVID A. COLVIN on behalf of Plaintiff COLBY WILLIAMS
dcolvin@maclaw.com, mwalters@maclaw.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM GAYLER
jeff@sylvesterpolednak.com; tina@sylvesterpolednak.com; bridget@sylvesterpolednak.com

LIANE K. WAKAYAMA on behalf of Plaintiff COLBY WILLIAMS nknilans@maclaw.com, lwakayama@maclaw.com

☒   b.   **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

DIAMANTE ROSE, LLC
2431 TECH CENTER CT.
SUITE 100
LAS VEGAS, NV 89128

FIRST AMERICAN TITLE INSURANCE
COMPANY 3960 HOWARD HUGHES PKWY
SUITE 380
LAS VEGAS, NV 89129

LEWIS CELLARS, LLC
2431 TECH CENTER CT.
SUITE 100
LAS VEGAS, NV 89128

NEVADA TITLE COMPANY
2500 NORTH BUFFALO DRIVE SUITE
150 LAS VEGAS, NV 89128

M&A:12161-001 2181447_1 3/11/2014 8:24 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

☐     **c.**     **Personal Service** (*List persons and addresses. Attach additional paper if necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     **d.**     **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)\

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e.**     **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger** (*List persons and addresses. Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: March 11, 2014.

Nancy R. Knilans  
Name of Declarant

Signature of Declarant

# Exhibit A

B255 (Form 255 – Subpoena in an Adversary Proceeding) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of Nevada

In re William Gayler,
　　　　　　Debtor

**SUBPOENA IN
AN ADVERSARY PROCEEDING**

John D. O'Brien, as Trustee of the John D. O'Brien Profit Sharing Plan, et al., Plaintiff

Case No. * BK-S-31603-MKN

V.

William Gayler,
　　　　　　Defendant

Chapter 7

To: Custodian of Records, Nevada Title Company

Adv. Proc. No. * 11-1027-MKN

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above adversary proceeding.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above adversary proceeding.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   Produce the entire file regarding Escrow No. 13-11-0589, including any title file that may exist.

| PLACE | DATE AND TIME |
|---|---|
| Marquis Aurbach Coffing, 10001 Park Run Drive, Las Vegas, Nevada, 89145 | March 24, 2014  10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

　　Any organization not a party to this adversary proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in adversary proceedings by Rule 7030, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *[signature]*  Attorney for Plaintiffs | DATE   MARCH 7, 2014 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Liane K. Wakayama, Esq. Marquis Aurbach Coffing, 10001 Park Run Drive, Las Vegas, Nevada 89145  702-821-2444

* If the bankruptcy case or the adversary proceeding is pending in a district other than the district in which the subpoena is issued, state the district under the case number or adversary proceeding number.

# AFFIDAVIT OF SERVICE

STATE OF __Nevada__    )
                       ) ss.
COUNTY OF __Clark__    )

**Richard Etienne, License No. 1506**, being duly sworn, says: that at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received the **Subpoena in Adversary Proceeding, Letter to Custodian of Records for Nevada Title Company and Certificate of Custodian of Records, Witness Fee Check** on the **7th** day of **March, 2014**, and served the same on the **7th** day of **March, 2014** by delivering a copy to **Custodian of Reords for Nevada Title Company c/o Tonya Chou at 2500 N. Buffalo Dr. #250 Las Vegas Nevada 89128.**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this 10th day of **March, 2014**.

_____
Richard Etienne, #1506
Report to Court
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118

No Notary Required per NRS 53.045

Page 1 of 1