**Marquis Aurbach Coffing**
DALE A. HAYES, ESQ.
Nevada Bar No. 3430
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
dhayes@maclaw.com
lwakayama@maclaw.com
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Attorney(s) for Plaintiffs

E-Filed: **April 29, 2014**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>WILLIAM GAYLER,<br><br>　　　　　　Debtor.<br><br>JOHN D. O'BRIEN, AS TRUSTEE OF THE JOHN D. O'BRIEN PROFIT SHARING PLAN, DONALD CAMPBELL, COLBY WILLIAMS, MARIO P. BORINI, INDIVIDUALLY AND AS CHAIRMAN OF THE BOARD OF TRUSTEES OF THE ALEXANDER DAWSON FOUNDATION.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WILLIAM GAYLER<br><br>　　　　　　Defendant. | Case No:　　BK-S-09-31603-MKN<br>Chapter:　　7<br><br>Adversary Proceeding No. 11-1027-MKN |

## NOTICE OF SUBPOENA PURSUANT TO RULE 9016

PLEASE TAKE NOTICE that a Subpoena in an Adversary Proceeding ("Subpoena") pursuant to Bankruptcy Local Rule 9016 was issued to Chase Bank, a copy of the Subpoena

/ / /

/ / /

Page 1 of 4

M&A:12161-001 2214438_1 4/29/2014 11:23 AM

with the Affidavit of Service attached hereto as Exhibit A.

Dated this 29th day of April, 2014.

                    MARQUIS AURBACH COFFING

By /s/ Wakayama
DALE A. HAYES, ESQ.
Nevada Bar No. 3430
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

1.    On this 29th day of April, 2014, I served the following document(s) (specify):

Notice of Subpoena Pursuant to Rule 9016

2.    I served the above-named document(s) by the following means to the persons as listed below (*check all that apply*):

☒    a.    **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

DAVID A. COLVIN on behalf of Plaintiff COLBY WILLIAMS
dcolvin@maclaw.com, mwalters@maclaw.com

JEFFREY R. SYLVESTER on behalf of Defendant WILLIAM GAYLER
jeff@sylvesterpolednak.com; tina@sylvesterpolednak.com; bridget@sylvesterpolednak.com

LIANE K. WAKAYAMA on behalf of Plaintiff COLBY WILLIAMS nknilans@maclaw.com, lwakayama@maclaw.com

☒    b.    **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

DIAMANTE ROSE, LLC
2431 TECH CENTER CT.
SUITE 100
LAS VEGAS, NV 89128

FIRST AMERICAN TITLE INSURANCE
COMPANY 3960 HOWARD HUGHES PKWY
SUITE 380
LAS VEGAS, NV 89129

LEWIS CELLARS, LLC
2431 TECH CENTER CT.
SUITE 100
LAS VEGAS, NV 89128

NEVADA TITLE COMPANY
2500 NORTH BUFFALO DRIVE SUITE
150 LAS VEGAS, NV 89128

☐     **c.**     **Personal Service** (*List persons and addresses. Attach additional paper if necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     **d.**     **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)\

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e.**     **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger** (*List persons and addresses. Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: April 29, 2014.

Nancy R. Knilans                       */s/ Nancy R. Knilans*
Name of Declarant                      Signature of Declarant

M&A:12161-001 2214438_1 4/29/2014 11:23 AM

# Exhibit A

B255 (Form 255 – Subpoena in an Adversary Proceeding) (12/07)

# UNITED STATES BANKRUPTCY COURT

District  Nevada

In re  William Gayler
          Debtor
John D. O'Brien, as Trustee of the John D. O'Brien
Profit Sharing Plan, et. al
          Plaintiff
V.
William Gayler
          Defendant

**SUBPOENA IN AN ADVERSARY PROCEEDING**

Case No. *  BK-S-09-31603-MKN

Chapter  7

To:  Custodian of Records, Chase Bank

Adv. Proc. No. *  11-01027-MKN

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above adversary proceeding.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above adversary proceeding.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

    Produce your entire file regarding Account No. 3070075832 for Sunset I, LLC.

| PLACE | DATE AND TIME |
|---|---|
| Marquis Aurbach Coffing, 10001 Park Run Drive, Las Vegas, Nevada 89145 | May 13, 2014  9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this adversary proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in adversary proceedings by Rule 7030, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*  Attorney for Plaintiffs | APRIL 21, 2014 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Liane K. Wakayama, Esq.  Marquis Aurbach Coffing  10001Park Run Drive, Las Vegas Nevada 89145 702-821-2444

* If the bankruptcy case or the adversary proceeding is pending in a district other than the district in which the subpoena is issued, state the district under the case number or adversary proceeding number.

## AFFIDAVIT OF SERVICE

STATE OF  Nevada     )
                     ) ss.
COUNTY OF  Clark     )

**Richard Etienne, License No. 1506**, being duly sworn, says: that at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received the **Subpoena in an Adversary Proceeding, Letter, Certificate of Custodian of Records & Witness Fee Check** on the **22nd** day of **April, 2014**, and served the same on the **22nd** day of **April, 2014** by delivering a copy to **Chase Bank c/o Nicole Long at 6120 W. Tropicana Ave. Las Vegas, Nevada 89103.**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this 22nd day of **April, 2014**.

_____
Richard Etienne, #1506
Report to Court
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118

No Notary Required per NRS 53.045

Page 1 of 1